# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CODY JARRETT, <br><br> Plaintiff, <br><br> -versus- <br><br> PERRIS RECORDS and CHRIS MAGGIORE a/k/a KRISTY MAJORS, <br><br> Defendants. | *ECF Case* <br><br> Civil Action No. 04-CV-10294 (RMB) |

~~[proposed]~~ Order  *RMB*

Counsel for Plaintiff having advised the Court by letter dated April 20, 2005, that the Plaintiff and Defendants have reached a settlement and that the same is currently being reduced to writing, it is hereby

**ORDERED**, the above captioned action be, and the same hereby is, discontinued; provided however that within thirty (30) days of this Order, counsel for either party may, upon good cause shown, apply for restoration of the Action to the calendar of the undersigned.

**SO ORDERED.**

Dated: April **20**, 2005

_____*RMB*_____
Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/05